**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Molina Healthcare of Texas, Inc. v. ACS Primary Care
Physicians Southwest, P.A. and Emergency Services of
Texas, P.A.

Appellate case number:    01-21-00727-CV

Trial court case number:   2017-77084

Trial court:               113th District Court of Harris County

Appellant, Molina Healthcare of Texas, Inc. appealed from the trial court's December 30, 2021 amended final judgment. The appellate record was due to be filed with the Clerk of this Court on or before January 25, 2022. *See* TEX. R. APP. P. 35.1. No reporter's record was filed by the deadline, and after several extensions of the deadline to file the reporter's record, on September 6, 2022, appellees, ACS Primary Care Physicians Southwest, P.A. and Emergency Services of Texas, P.A., filed a motion requesting that the Court direct the trial court to conduct a hearing to determine the reason for the failure to file the reporter's record.

On September 20, 2022, the Court granted appellees' motion, abated the appeal, and directed the trial court to conduct a hearing to: (1) determine the reason for the failure to timely file the reporter's record; (2) determine whether the trial court's official court reporter, Suzanne Saulsberry, is able to assist the former official court reporter, Delicia Struss, with completing and filing the reporter's record for this appeal; and (3) to set a deadline by which the reporter's record will be filed with the Clerk of this Court.

The Court's September 20, 2022 order notified the parties that the appeal would be reinstated on the Court's active docket when the trial court clerk filed a supplemental clerk's record with this Court containing the trial court's findings of fact, conclusions of law, and recommendations as to the issues referenced in the Court's order.

On November 2, 2022, the trial court clerk filed a supplemental clerk's record, containing the trial court's findings, conclusions, and recommendations. Additionally, the reporter's record was filed on October 12, 2022.

Accordingly, this appeal is **reinstated** on the Court's active docket. Appellant's brief is due no later than **thirty days from the date of this order**.

It is so ORDERED.

Judge's signature:     April Farris
                       ☑ Acting individually

Date: November 17, 2022